OSCAR HALBREICH, Appellant, v. URBAINE FIRE INSURANCE COMPANY OF PARIS, FRANCE, Respondent.— Judgment and order reversed on the law and the facts and a new trial granted, costs to abide the event, on authority of *Halbreich* v. *Travelers Fire Ins. Co.* (*ante*, p. 841), decided herewith. Here there was a defense of fraud pleaded, but there was no proof to sustain it. The evidence invoked as constituting fraud did not concern anything other than testimony on the trial, unrelated to alleged fraudulent acts prior to the trial. It was not proved that any alleged acts of fraud or false swearing were perpetrated on this defendant prior to the trial. Therefore, there was no fraud proved within the defense pleaded. (Joyce Ins. [2d ed.], vol. 5, § 3344, p. 5554, and cases cited.) Kapper, Carswell, Scudder and Tompkins, JJ., concur; Lazansky, P. J., concurs in result.

ROBERT HUTCHINSON, as Administrator, etc., of THOMAS A. HUTCHINSON, Deceased, Respondent, v. UNITED STATES TRUCKING CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Petition of LORETTA ACUNTO to Compel PHILIP BERARDINI and Others to Render Their Account as Administrators, etc., of MARY BERARDINI, Deceased. MODESTO BERARDINI, Objecting Administrator, etc., of MARY BERARDINI, Deceased, Appellant; PHILIP BERARDINI and MICHAEL BERARDINI, Accounting Administrators, etc., of MARY BERARDINI, Deceased, Respondents. — Decree of the Surrogate's Court of Richmond county unanimously affirmed, with costs to respondents, payable by appellant personally. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of ELMORE R. FAY, Respondent, for an Order of Certiorari against JOHN MILLER and Others, Mayor and Trustees, Constituting the Village Board of the Village of Pleasantville, Westchester County, New York, and CHARLES J. LAIRE, Village Clerk, Appellants.*— Order sustaining certiorari order and annulling the determination of the village board of the village of Pleasantville affirmed, with costs. No opinion. Lazansky, P. J., Hagarty, Scudder and Davis, JJ., concur; Carswell, J., dissents and votes to reverse and to confirm the determination of the village board.

In the Matter of the Application of LARCHESTER CONSTRUCTION CORPORATION, Appellant, for an Order Directing that an Arbitration Proceed between the Said LARCHESTER CONSTRUCTION CORPORATION and DAVID T. WILLIAMS, Respondent, and for incidental relief.— Order granting, on reargument, respondent's motion to set aside the verdict and grant a new trial reversed on the law and the facts, motion denied and the verdict reinstated, with costs to appellant. There is no evidence that the old contract was abrogated or that a new one was made. It follows that the old contract subsists. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.